454 A.2d 155

Commonwealth v. Reeder, Appellant.

Submitted September 15, 1982. Kenneth C. Myers, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.